SCPW-15-0000010

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LANRIC HYLAND, Petitioner,

vs.

DEE TORRES, Secretary to the Board of Registration;
PHILLIP MATLAGE, Chair of the Board of Registration;
STEWART MAEDA, Hawaii County Clerk; and VALRI KUNIMOTO,
Deputy Attorney General, Respondents.

---

ORIGINAL PROCEEDING
(CAAP-15-0000053)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Lanric Hyland's petition for a writ of mandamus, filed on January 7, 2015, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioner has filed an appeal from the Board of Registration's Findings of Fact, Conclusions of Law, and Order Dismissing Appeals with the Intermediate Court of Appeals, docketed as CAAP-15-0000053, and may seek relief in the appeal. Petitioner, therefore, is not entitled to a writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d

334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied without prejudice to Petitioner raising the arguments presented in the instant petition, as appropriate, in CAAP-15-0000053.

DATED: Honolulu, Hawai‘i, February 10, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2